| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Moranco, Inc<br>41 Hedge Row Run<br>Clarks Summit, PA 18411 | **Wages** | Rate | Hours | Amount | YTD | Deductions | Amount | YTD |
| | Gross Pay | 0.00 | 0.00 | 480.00 | 11,167.50 | | | |
| **Harold Dixon**<br>33 Cole Vlg # VL6<br>South Abington Township, PA 18411 | | | | | | | | |
| Social Security #: 5593<br>Department:<br>Employee ID: 197 | **Total Wages** | | 0.00 | 480.00 | 11,167.50 | **Total Deductions** | 0.00 | 0.00 |
| Period Begin: 07/19/25<br>Period End: 08/01/25<br>Check Date: 08/08/25<br>Check Number: 197777 | **Withholdings** | | | Amount | YTD | | Amount | YTD |
| | FICA-SS | | | 29.76 | 692.39 | **Net Check** | 398.40 | 9,029.83 |
| | FICA-MED | | | 6.96 | 161.93 | **Dir Dep Acct** | Amount | YTD |
| | FIT | | | 23.00 | 791.00 | | | |
| Benefit   YTD Used   Available | Pennsylvania SIT | | | 14.74 | 342.85 | | | |
| | Pennsylvania SUI | | | 0.34 | 7.82 | | | |
| | Pennsylvania Clarks Summit, Bo | | | 4.80 | 111.68 | | | |
| | Pennsylvania Clarks Summit, Bo | | | 2.00 | 30.00 | | | |
| | **Total Withholdings** | | | 81.60 | 2,137.67 | **Dir Dep Total** | 0.00 | 0.00 |

Moranco, Inc  
41 Hedge Row Run  
Clarks Summit, PA 18411

Harold Dixon  
33 Cole Vlg # VL6  
South Abington Township, PA 18411

| Moranco, Inc<br>41 Hedge Row Run<br>Clarks Summit, PA 18411<br><br>**Harold Dixon**<br>33 Cole Vlg # VL6<br>South Abington Township, PA 18411<br><br>Social Security #: 5593<br>Department:<br>Employee ID: 197<br>Period Begin: 08/16/25<br>Period End: 08/29/25<br>Check Date: 09/05/25<br>Check Number: 197907<br>Benefit  YTD Used  Available | Wages | Rate | Hours | Amount | YTD | Deductions | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| | Gross Pay | 0.00 | 0.00 | 420.00 | 11,587.50 | | | |
| | **Total Wages** | | 0.00 | 420.00 | 11,587.50 | **Total Deductions** | 0.00 | 0.00 |
| | Withholdings | | | Amount | YTD | | Amount | YTD |
| | FICA-SS | | | 26.04 | 718.43 | **Net Check** | 351.49 | 9,381.32 |
| | FICA-MED | | | 6.09 | 168.02 | Dir Dep Acct | Amount | YTD |
| | FIT | | | 17.00 | 808.00 | | | |
| | Pennsylvania SIT | | | 12.89 | 355.74 | | | |
| | Pennsylvania SUI | | | 0.29 | 8.11 | | | |
| | Pennsylvania Clarks Summit, Bo | | | 4.20 | 115.88 | | | |
| | Pennsylvania Clarks Summit, Bo | | | 2.00 | 32.00 | | | |
| | **Total Withholdings** | | | 68.51 | 2,206.18 | Dir Dep Total | 0.00 | 0.00 |

Moranco, Inc
41 Hedge Row Run
Clarks Summit, PA 18411

Harold Dixon
33 Cole Vlg # VL6
South Abington Township, PA 18411

| Moranco, Inc<br>41 Hedge Row Run<br>Clarks Summit, PA 18411<br><br>**Harold Dixon**<br>33 Cole Vlg # VL6<br>South Abington Township, PA 18411 | | | | | |
|---|---|---|---|---|---|

| | Wages | Rate | Hours | Amount | YTD |
|---|---|---|---|---|---|
| | Gross Pay | 0.00 | 0.00 | 560.00 | 12,147.50 |

| Social Security #: | 5593 |
|---|---|
| Department: | |
| Employee ID: | 197 |
| Period Begin: | 08/30/25 |
| Period End: | 09/12/25 |
| Check Date: | 09/19/25 |
| Check Number: | 198036 |

| Benefit | YTD Used | Available |
|---|---|---|

| | Total Wages | 0.00 | 560.00 | 12,147.50 |
|---|---|---|---|---|
| | *Withholdings* | | *Amount* | *YTD* |
| | FICA-SS | | 34.72 | 753.15 |
| | FICA-MED | | 8.12 | 176.14 |
| | FIT | | 31.00 | 839.00 |
| | Pennsylvania SIT | | 17.19 | 372.93 |
| | Pennsylvania SUI | | 0.39 | 8.50 |
| | Pennsylvania Clarks Summit, Bo | | 5.60 | 121.48 |
| | Pennsylvania Clarks Summit, Bo | | 2.00 | 34.00 |
| | **Total Withholdings** | | 99.02 | 2,305.20 |

| Deductions | Amount | YTD |
|---|---|---|
| **Total Deductions** | 0.00 | 0.00 |
| | Amount | YTD |
| **Net Check** | 460.98 | 9,842.30 |
| *Dir Dep Acct* | *Amount* | *YTD* |
| **Dir Dep Total** | 0.00 | 0.00 |