| In re: | Case No. 25-02748-MJC |
|---|---|
| Harold James Dixon | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Sep 29, 2025 | Form ID: 309A | Total Noticed: 70 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold James Dixon, 33 Cole Village, South Abington Twp, PA 18411-9360 |
| 5745651 | + | Credit Corp Solutions, Inc./GE Capital, c/o Gregg Lawrence Morris, 213 E Main St, Carnegie, PA 15106-2701 |
| 5745662 | + | Gregg Lawrence Morris, Esq., Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5745666 | + | Lackawanna County Housing Authority, 1 Cole Village, South Abington Twp, PA 18411-9360 |
| 5745670 | + | Michaels Louis & Associates, PO Box 1062, Moon Township, PA 15108-6062 |
| 5745671 | | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 5745684 | + | SYNCB/Mavis Tire, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5745683 | | SYNCB/Mavis Tire, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5745693 | | WFBNA Card, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: usbkct@bankruptcypa.com | Sep 29 2025 18:42:00 | Carlo Sabatini, Sabatini Law Firm, LLC, 216 N. Blakely St., Dunmore, PA 18512 |
| tr | + | Email/Text: lawrencegfrank@gmail.com | Sep 29 2025 18:42:00 | Lawrence G. Frank, (Trustee), 100 Aspen Drive, Dillsburg, PA 17019-9621 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Sep 29 2025 18:42:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5745629 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 29 2025 18:51:31 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5745631 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2025 18:51:23 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5745630 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2025 18:51:33 | American Express, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5745632 | | Email/Text: bk@avant.com | Sep 29 2025 18:42:00 | Avant LLC/Web Bank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 5745633 | | Email/Text: bk@avant.com | Sep 29 2025 18:42:00 | Avant LLC/Web Bank, 222 Merchandise Mart Plz, Chicago, IL 60654-1103 |
| 5745636 | ^ | MEBN | Sep 29 2025 18:37:24 | CBNA, Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 5745637 | | EDI: CITICORP | Sep 29 2025 22:43:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5745642 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 29 2025 18:42:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5745647 | | Email/Text: correspondence@credit-control.com | Sep 29 2025 18:42:00 | Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045-1338 |
| 5745648 | | Email/Text: correspondence@credit-control.com | | |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Sep 29 2025 18:42:00 | Credit Control LLC, 3300 Rider Trl S, Suite 500, Earth City, MO 63045-1338 |
| 5745650 | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 29 2025 18:42:00 | Credit Corp Solutions Inc, 121 W Election Rd, Draper, UT 84020 |
| 5745649 | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 29 2025 18:42:00 | Credit Corp Solutions Inc, 63 East 11400 South 408, Sandy, UT 84070 |
| 5745634 | EDI: CAPITALONE.COM | Sep 29 2025 22:43:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5745635 | EDI: CAPITALONE.COM | Sep 29 2025 22:43:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5745640 | EDI: CITICORP | Sep 29 2025 22:43:00 | Citicards CBNA, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5745641 | EDI: CITICORP | Sep 29 2025 22:43:00 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5745643 | ^ MEBN | Sep 29 2025 18:37:07 | Citizens Bank, 6 Corporate Dr, Shelton, CT 06484-6270 |
| 5745644 | ^ MEBN | Sep 29 2025 18:37:25 | Client Services, 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5745645 | EDI: WFNNB.COM | Sep 29 2025 22:43:00 | Comenity Bank/Kingsize, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5745646 | EDI: WFNNB.COM | Sep 29 2025 22:43:00 | Comenity Bank/Kingsize, PO Box 182789, Columbus, OH 43218-2789 |
| 5745652 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2025 18:51:22 | Credit One Bank, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5745653 | Email/Text: bankruptcies@crownasset.com | Sep 29 2025 18:42:00 | Crown Asset Management, 3100 Breckinridge Blvd, Suite 725, Duluth, GA 30096-7605 |
| 5745654 | EDI: DISCOVER | Sep 29 2025 22:43:00 | Discover, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5745655 | EDI: DISCOVER | Sep 29 2025 22:43:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5745656 | + Email/Text: Mercury@ebn.phinsolutions.com | Sep 29 2025 18:42:00 | FB&T/Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 5745639 | Email/Text: BNSFN@capitalsvcs.com | Sep 29 2025 18:42:00 | CCS/First National Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5745638 | Email/Text: BNSFN@capitalsvcs.com | Sep 29 2025 18:42:00 | CCS/First National Bank, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 5745661 | Email/Text: BNBLAZE@capitalsvcs.com | Sep 29 2025 18:42:00 | FSB Blaze, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5745660 | Email/Text: BNBLAZE@capitalsvcs.com | Sep 29 2025 18:42:00 | FSB Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 5745657 | + Email/Text: bankruptcy@fncbinc.com | Sep 29 2025 18:42:00 | First National Collection Bureau, 50 W Liberty St, Suite 250, Reno, NV 89501-1973 |
| 5745659 | + Email/Text: crdept@na.firstsource.com | Sep 29 2025 18:42:00 | First Source Advantage, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5745658 | Email/Text: crdept@na.firstsource.com | Sep 29 2025 18:42:00 | First Source Advantage, PO Box 628, Buffalo, NY 14240-0628 |
| 5745665 | ^ MEBN | Sep 29 2025 18:37:17 | JPMCB Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5745664 | EDI: JPMORGANCHASE | Sep 29 2025 22:43:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15299, |

| ID | Method | Date | Recipient |
|---|---|---|---|
| 5745663 | ^ MEBN | Sep 29 2025 18:37:22 | Wilmington, DE 19850-5299<br>January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 5745668 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 29 2025 18:51:23 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 5745667 | + EDI: LENDNGCLUB | Sep 29 2025 22:43:00 | Lending Club, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 5745669 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 29 2025 18:51:23 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5745673 | EDI: PRA.COM | Sep 29 2025 22:43:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 5745672 | + Email/Text: pcabkt@phillips-cohen.com | Sep 29 2025 18:42:00 | Phillips & Cohen Associates, Ltd, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5745674 | + Email/Text: bk@rgsfinancial.com | Sep 29 2025 18:42:00 | RGS Financial LLC, 1700 Jay Ell Dr, Suite 200, Richardson, TX 75081-6788 |
| 5745677 | EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5745678 | + EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5745680 | + EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5745679 | EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5745682 | + EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB/HSN, PO Box 71740, Philadelphia, PA 19176-1740 |
| 5745681 | EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5745685 | EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB/PayPal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5745686 | EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB/PayPal Extras MC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5745688 | + EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB/QVC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5745687 | EDI: SYNC | Sep 29 2025 22:43:00 | SYNCB/QVC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5745675 | Email/Text: cs@securitycreditservicesllc.com | Sep 29 2025 18:42:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5745676 | + Email/Text: bknotice@stillmanlaw.com | Sep 29 2025 18:42:00 | Stillman Law Office, 30057 Orehard Lake Road, Suite 200, Farmington, MI 48334-2265 |
| 5745689 | + Email/Text: bankruptcydepartment@tsico.com | Sep 29 2025 18:42:00 | Transworld Systems, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 5745690 | Email/Text: bknotice@upgrade.com | Sep 29 2025 18:42:00 | Upgrade, 275 Battery St, 22nd Floor, San Francisco, CA 94111-3305 |
| 5745694 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 30 2025 01:07:07 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 5745691 | EDI: AGFINANCE.COM | Sep 29 2025 22:43:00 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |
| 5745692 | EDI: AGFINANCE.COM | Sep 29 2025 22:43:00 | WebBank/OneMain, PO Box 3316, Evansville, IN 47732-3316 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Sep 29, 2025 | Form ID: 309A | Total Noticed: 70 |

TOTAL: 61

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2025       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Harold James Dixon usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1: | Harold James Dixon | | Social Security number or ITIN: | xxx–xx–5593 |
| | First Name   Middle Name   Last Name | | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | | Date case filed for chapter: | 7    9/26/25 |
| Case number: | 5:25–bk–02748–MJC | | | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Harold James Dixon | |
| 2. | **All other names used in the last 8 years** | aka Hal Dixon, aka Harold Dixon, aka Harold J Dixon | |
| 3. | **Address** | 33 Cole Village<br>South Abington Twp, PA 18411 | |
| 4. | **Debtor's attorney**<br>Name and address | Carlo Sabatini<br>Sabatini Law Firm, LLC<br>216 N. Blakely St.<br>Dunmore, PA 18512 | Contact phone 570–341–9000<br><br>Email: usbkct@bankruptcypa.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lawrence G. Frank (Trustee)<br>100 Aspen Drive<br>Dillsburg, PA 17019 | Contact phone 717 234–7455<br><br>Email: lawrencegfrank@gmail.com |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are <u>FREE</u> and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| Debtor **Harold James Dixon** | | Case number **5:25-bk-02748-MJC** |

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 9/29/25 |
| 7. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>*Valid photo ID and proof of Social Security number are required* | **Date:** November 5, 2025 at 10:00 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional information use the QR code or visit:<br><br>https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom<br><br>The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**<br>Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 231 131 9730, Click on Join using passcode 5378651079, or call 1-267-552-4686<br> |
| 8. | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/4/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**