UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| Harold James Dixon, | Chapter | 7 |
| aka Hal Dixon, aka Harold Dixon, aka Harold J Dixon, | | |
| **Debtor 1** | Case No. | 5:25−bk−02748−MJC |

Social Security No.:
    xxx−xx−5593

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: January 9, 2026

**fnldecac** (05/18)