United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 25-02748-MJC
Harold James Dixon  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: admin  Page 1 of 4
Date Rcvd: Jan 09, 2026  Form ID: 318  Total Noticed: 67

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Harold James Dixon, 33 Cole Village, South Abington Twp, PA 18411-9360 |
| 5745651 | + | Credit Corp Solutions, Inc./GE Capital, c/o Gregg Lawrence Morris, 213 E Main St, Carnegie, PA 15106-2701 |
| 5745662 | + | Gregg Lawrence Morris, Esq., Patenaude & Felix, APC, 2400 Ansys Dr, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5745666 | + | Lackawanna County Housing Authority, 1 Cole Village, South Abington Twp, PA 18411-9360 |
| 5745670 | + | Michaels Louis & Associates, PO Box 1062, Moon Township, PA 15108-6062 |
| 5745671 | | Pentagon Federal Credit Union, Attn: Bankruptcy, PO Box 1156, Oxford, MS 38655-1156 |
| 5745674 | #+ | RGS Financial LLC, 1700 Jay Ell Dr, Suite 200, Richardson, TX 75081-6788 |
| 5745684 | + | SYNCB/Mavis Tire, PO Box 71757, Philadelphia, PA 19176-1757 |
| 5745683 | | SYNCB/Mavis Tire, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5745693 | | WFBNA Card, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5745629 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 09 2026 18:42:25 | Affirm Inc, Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 5745631 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 18:42:19 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5745630 | | Email/PDF: bncnotices@becket-lee.com | Jan 09 2026 18:42:24 | American Express, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5745632 | | Email/Text: bk@avant.com | Jan 09 2026 18:42:00 | Avant LLC/Web Bank, 222 N La Salle St, Ste 1600, Chicago, IL 60601-1112 |
| 5745633 | | Email/Text: bk@avant.com | Jan 09 2026 18:42:00 | Avant LLC/Web Bank, 222 Merchandise Mart Plz, Chicago, IL 60654-1103 |
| 5745636 | ^ | MEBN | Jan 09 2026 18:34:26 | CBNA, Attn: Bankruptcy, 1 Tallman Ave, Canton, NY 13617-3604 |
| 5745637 | | EDI: CITICORP | Jan 09 2026 23:36:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5745642 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 09 2026 18:41:00 | Citizens Bank, Attn: Bankruptcy, 1 Citizens Plz, Providence, RI 02903-1344 |
| 5745647 | | Email/Text: correspondence@credit-control.com | Jan 09 2026 18:42:00 | Credit Control LLC, 3300 Rider Trail S, Suite 500, Earth City, MO 63045-1338 |
| 5745648 | | Email/Text: correspondence@credit-control.com | Jan 09 2026 18:42:00 | Credit Control LLC, 3300 Rider Trl S, Suite 500, Earth City, MO 63045-1338 |
| 5745650 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 09 2026 18:41:00 | Credit Corp Solutions Inc, 121 W Election Rd, Draper, UT 84020 |

| Record | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5745649 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jan 09 2026 18:41:00 | Credit Corp Solutions Inc, 63 East 11400 South 408, Sandy, UT 84070 |
| 5745634 | | EDI: CAPITALONE.COM | Jan 09 2026 23:36:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5745635 | | EDI: CAPITALONE.COM | Jan 09 2026 23:36:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5745640 | | EDI: CITICORP | Jan 09 2026 23:36:00 | Citicards CBNA, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5745641 | | EDI: CITICORP | Jan 09 2026 23:36:00 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5745643 | ^ | MEBN | Jan 09 2026 18:34:12 | Citizens Bank, 6 Corporate Dr, Shelton, CT 06484-6270 |
| 5745644 | ^ | MEBN | Jan 09 2026 18:34:04 | Client Services, 514 Earth City Expy, Suite 310, Earth City, MO 63045-1303 |
| 5745645 | | EDI: WFNNB.COM | Jan 09 2026 23:36:00 | Comenity Bank/Kingsize, Attn: Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 5745646 | | EDI: WFNNB.COM | Jan 09 2026 23:36:00 | Comenity Bank/Kingsize, PO Box 182789, Columbus, OH 43218-2789 |
| 5745652 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 09 2026 18:42:16 | Credit One Bank, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5745653 | | Email/Text: bankruptcies@crownasset.com | Jan 09 2026 18:42:00 | Crown Asset Management, 3100 Breckinridge Blvd, Suite 725, Duluth, GA 30096-7605 |
| 5745654 | | EDI: DISCOVER | Jan 09 2026 23:36:00 | Discover, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5745655 | | EDI: DISCOVER | Jan 09 2026 23:36:00 | Discover, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5745656 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jan 09 2026 18:41:00 | FB&T/Mercury, PO Box 84064, Columbus, GA 31908-4064 |
| 5745638 | | Email/Text: BNSFN@capitalsvcs.com | Jan 09 2026 18:41:00 | CCS/First National Bank, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 5745639 | | Email/Text: BNSFN@capitalsvcs.com | Jan 09 2026 18:41:00 | CCS/First National Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5745661 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 09 2026 18:41:00 | FSB Blaze, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 5745660 | | Email/Text: BNBLAZE@capitalsvcs.com | Jan 09 2026 18:41:00 | FSB Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117-5096 |
| 5745657 | + | Email/Text: bankruptcy@fncbinc.com | Jan 09 2026 18:41:00 | First National Collection Bureau, 50 W Liberty St, Suite 250, Reno, NV 89501-1973 |
| 5745659 | + | Email/Text: crdept@na.firstsource.com | Jan 09 2026 18:42:00 | First Source Advantage, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 5745658 | | Email/Text: crdept@na.firstsource.com | Jan 09 2026 18:42:00 | First Source Advantage, PO Box 628, Buffalo, NY 14240-0628 |
| 5745665 | ^ | MEBN | Jan 09 2026 18:34:22 | JPMCB Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5745664 | | EDI: JPMORGANCHASE | Jan 09 2026 23:36:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5745663 | ^ | MEBN | Jan 09 2026 18:34:26 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 5745668 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 09 2026 18:42:16 | LVNV Funding LLC, C/O Resurgent Capital Services, PO Box 10466, Greenville, SC 29603-0466 |
| 5745667 | + | EDI: LENDNGCLUB | Jan 09 2026 23:36:00 | Lending Club, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 5745669 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 09 2026 18:42:20 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5745673 | | EDI: PRA.COM | Jan 09 2026 23:36:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |
| 5745672 | + | Email/Text: pcabkt@phillips-cohen.com | Jan 09 2026 18:42:00 | Phillips & Cohen Associates, Ltd, 1002 Justison St, Wilmington, DE 19801-5148 |
| 5745677 | | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5745678 | + | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5745680 | + | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB/Amazon, PO Box 71737, Philadelphia, PA 19176-1737 |
| 5745679 | | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5745682 | + | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB/HSN, PO Box 71740, Philadelphia, PA 19176-1740 |
| 5745681 | | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB/HSN, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5745685 | | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB/PayPal, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5745686 | | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB/PayPal Extras MC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5745688 | + | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB/QVC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5745687 | | EDI: SYNC | Jan 09 2026 23:36:00 | SYNCB/QVC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5745675 | | Email/Text: cs@securitycreditservicesllc.com | Jan 09 2026 18:41:00 | Security Credit Services, 306 Enterprise Dr, Oxford, MS 38655-2762 |
| 5745676 | + | Email/Text: bknotice@stillmanlaw.com | Jan 09 2026 18:42:00 | Stillman Law Office, 30057 Orehard Lake Road, Suite 200, Farmington, MI 48334-2265 |
| 5745689 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 09 2026 18:42:00 | Transworld Systems, 500 Virginia Dr Ste 514, Fort Washington, PA 19034-2733 |
| 5745690 | | Email/Text: bknotice@upgrade.com | Jan 09 2026 18:41:00 | Upgrade, 275 Battery St, 22nd Floor, San Francisco, CA 94111-3305 |
| 5745694 | | EDI: WFFC2 | Jan 09 2026 23:36:00 | WFBNA Card, PO Box 393, Minneapolis, MN 55480-0393 |
| 5745691 | | EDI: AGFINANCE.COM | Jan 09 2026 23:36:00 | WebBank/OneMain, Attn: Bankruptcy, 215 S State St Ste 1000, Salt Lake City, UT 84111-2336 |
| 5745692 | | EDI: AGFINANCE.COM | Jan 09 2026 23:36:00 | WebBank/OneMain, PO Box 3316, Evansville, IN 47732-3316 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2026　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Harold James Dixon usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email;carlo@ecf.courtdrive.com |
| Lawrence G. Frank | lawrencegfrank@gmail.com　PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Harold James Dixon<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5593<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:25–bk–02748–MJC | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Harold James Dixon
aka Hal Dixon, aka Harold Dixon, aka Harold J Dixon

**By the court:**

1/9/26

Mark J. Conway, United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**